# Court of Appeals
# of the State of Georgia

ATLANTA,   January 29, 2015

*The Court of Appeals hereby passes the following order:*

**A14A1917. EBANKS et al. v. BYRD.**

In this appeal from the superior court's grant of Christian Byrd's petition to legitimate his biological daughter and the denial of Max Ebanks' petition for step-parent adoption, we granted the application for discretionary review based upon the limited facts stated therein. In an excess of caution given the information available, we granted the application in order to review the parties' contentions with the benefit of the entire record.

A careful and complete review of the entire record, the transcripts, and the briefs of the parties reveals that the superior court did not abuse its discretion in ruling on the petitions. Therefore, upon consideration of the entire record, applicable case law, and statutory provisions, these discretionary appeals are hereby dismissed as having been improvidently granted. See *Woody v. State*, 247 Ga. App. 684, 685 (545 SE2d 83) (2001).



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,____01/29/2015____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*